IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CAROLYN HAYTH,
    Plaintiff(s),

v.          Civil Action No. 2:23-cv-80

CAMPBELL SOUP COMPANY,
    Defendant(s).

## FINAL ORDER

This matter is before the Court on the parties' Joint Stipulation of Dismissal, ECF No. 7, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It appearing to the Court that all matters of controversy in this action have been settled, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE.

The Clerk is directed to send an electronic copy of this Order to all counsel of record and close this case.

It is so ORDERED.

/s/
_____
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: July 31, 2023